# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **SUSIE KNOTT, on behalf of herself and others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**DOLLAR TREE STORES , INC.,**<br><br>Defendant. | **CIVIL ACTION NO.**<br>**7:06-cv-01553-LSC**<br><br>**UNOPPOSED** |

## MOTION TO FILE UNDER SEAL THE DECLARATIONS OF PAULA BRADY AND SHELIA HOWARD

COMES NOW, Defendant, Dollar Tree Stores, Inc., and moves to file under seal the Declarations of Paula Brady and Shelia Howard, which Declarations are referenced in and intended to accompany the "Status Report Regarding Notice List and Suggestion for Preserving the Opt-In Rights of Individuals Who Have Not Been Sent Notice," which will be filed on August 3, 2007.  These declarations contain confidential business information about Defendant's data management systems and operations.  Defense counsel has conferred with Plaintiffs' counsel who states that he does not oppose this motion.  Accordingly, Defendant respectfully submits that this motion is due to be granted.

Respectfully submitted,

s/ Terry Price
Terry Price – ASB-4658-E58T
Steven M. Stastny – ASB-7803-S71S
Susan W. Bullock – ASB-2035-U81S
FORD & HARRISON LLP
2100 3rd Avenue North, Suite 400
Birmingham, AL 35203
Telephone:  (205) 244-5900
Facsimile: (205) 244-5901
Email:       tprice@fordharrison.com
                  sstastny@fordharrison.com
                  sbullock@fordharrison.com

Beth Hirsch Berman
WILLIAMS MULLEN HOFHEIMER
    NUSBAUM PC
1700 Dominion Tower
999 Waterside Drive
Norfolk, VA 23510-3303
Telephone:  (757) 622-3366
Facsimile:  (757) 629-0660
E-mail:  bberman@williamsmullen.com

ATTORNEYS FOR DEFENDANT
DOLLAR TREE STORES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system which will send notification of such filing to the following:

>Joshua D. Wilson, Esq.
>Gregory O. Wiggins, Esq.
>Rocco Calamusa, Jr.
>WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
>The Kress Building
>301 19th Street North
>Birmingham, AL 35203
>
>Bernard D. Nomberg, Esq.
>David P. Nomberg, Esq.
>THE COCHRAN FIRM
>505 20th Street North, Suite 825
>Birmingham, AL 35203

>Respectfully submitted,
>
>s/ Terry Price
>Terry Price
>FORD & HARRISON LLP
>2100 Third Avenue North, Suite 400
>Birmingham, AL 35203
>Telephone: (205) 244-5900
>Facsimile: (205) 244-5901
>E-mail: tprice@fordharrison.com
>Alabama Bar No. ASB-4658-E58T

Birmingham:17577.1

3