IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| SUSIE KNOTT, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 7:06-CV-1553-LSC |
| | ) | |
| DOLLAR TREE STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CHELSIE RICHARDSON, | ) | |
| CYNTHIA ANN COLLINS, | ) | |
| BERYL DAUZAT, on behalf of | ) | |
| themselves and others similarly | ) | |
| situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 7:08-CV-0693-LSC |
| | ) | |
| DOLLAR TREE STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OPINION

The matter before this Court is Defendant Dollar Tree Stores, Inc.'s

("Dollar Tree") motion for summary judgment as to the individual claims of

1

Plaintiff Richard Sircy.  (Doc. 301.)  Having thoroughly and carefully considered the briefs and evidentiary submissions filed as to the motion for summary judgment, it is apparent to this Court that the evidence is sufficient to create a jury question as to whether Plaintiff's primary duty was management.

For purposes of summary judgment only, the Court finds no material distinction between the facts underlying the present motion and those underlying Dollar Tree's motion for summary judgment on the claims of Plaintiff Victor Williams.  (Doc. 303.)  Rather than repeat its reasoning here, the Court refers the Parties to its Memorandum Opinion as to Plaintiff Victor Williams.  (Doc. 368.)  In accordance with that reasoning, Dollar Tree's motion for summary judgment as to the individual claims of Richard Sircy is due to be denied.  A separate order will be entered.

Done this 26th day of May 2010.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE