IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| SUSIE KNOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NUMBER: |
| | ) | CV-06-CO-1553-W |
| | ) | JURY DEMAND |
| DOLLAR TREE STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |
| CHELSIE RICHARDSON, | ) | |
| CYNTHIA ANN COLLINS, and | ) | |
| BERYL DAUZAT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NUMBER: |
| | ) | CV-08-CO-0693-J |
| | ) | JURY DEMAND |
| DOLLAR TREE STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' NOTICE OF CONVENTIONAL FILING
OF EXHIBIT #3 TO SUR-REPLY TO DEFENDANT'S
REPLY BRIEF IN SUPPORT OF ITS RENEWED MOTION FOR
ATTORNEYS' FEES AND COSTS AS A SANCTION**

PLEASE TAKE NOTICE THAT the plaintiffs have filed their Sur-Reply to

Defendant's Reply Brief in Support of Its Renewed Motion for Attorneys' Fees and

1

Costs as a Sanction today. Said Sur-Reply has three exhibits. Exhibits #1 and #2 were e-filed with the Sur-Reply. However, Exhibit #3 is a video deposition clip from Ron Greer's deposition. Said video clip could not be uploaded in the ECF filing system. Therefore, Plaintiffs are filing Exhibit #3 on a Compact Disc attached hereto.

Respectfully submitted,

/s/Gregory O. Wiggins
Gregory O. Wiggins
Counsel for the Plaintiffs

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have filed today, April 26, 2013, the above and foregoing, with copies being served on:

Barbara B. Brown
Kenneth Willner
PAUL HASTINGS JANOFSKY & WALKER, LLP
875 15th Street, NW
Washington, DC 20005

Beth Hirsch Berman
WILLIAMS MULLEN
Dominion Tower
999 Waterside Drive, Suite 1700
Norfolk, VA 23510

Terry Price, Esq.
LAW OFFICE OF TERRY PRICE, LLC
One Chase Corporate Center, Suite 400
Birmingham, Alabama 35244

                                            /s/Gregory O. Wiggins
                                            OF COUNSEL